FILED: May 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1613
(0:12-cv-00904-JFA)
_____

ROLF KAMP

       Plaintiff - Appellant

v.

EMPIRE FIRE AND MARINE INSURANCE COMPANY

       Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered May 7, 2014, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*